550 nw

FILED JUN 9 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name GARNIER JONAH G.
(Last) (First) (Initial)

Prisoner Number # 179691 NAPA STATE HOSPITAL

Institutional Address 2100 NAPA VALLEJO HWY. #Q1 NAPA CA 94558

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CW

JONAH GABRIEL GARNIER
(Enter the full name of plaintiff in this action.)

vs.

DONALD FISHER
HENRY MCKENZIE
MARIN COUNTY JAIL
MARIN COUNTY SHERIFF DEPARTMENT
(Enter the full name of the defendant(s) in this action)

CV 08 2881
Case No. ______
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C § 1983**

(PR)

E-filing

***[All questions on this complaint form must be answered in order for your action to proceed..]***

I. Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement NAPA STATE HOSPITAL

B. Is there a grievance procedure in this institution?

YES (X) NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?

YES (X) NO ( )

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why. COMPLAINT REMAINS UNANSWERED, AT THIS INSTITUTION. PLEASE SEE MARIN COUNTY GRIEVANCE.

08-2881 CW

1. Informal appeal ATTEMPTED INFORMAL APPEAL TO TRANSPORT OFFICERS. WAS TOLD "IF YOU DONT LIKE IT WRITE A GRIEVANCE".

2. First formal level OFFICER (DEPUTY) FISHER STATED THAT MY BEING IN THE "SAFETY GARMENT" WAS "PER OUR POLICY".

3. Second formal level THE SECOND LEVEL CONCURRED WITH THE FIRST LEVEL, STATING THAT "ALL MARIN COUNTY JAIL POLICIES WERE FOLLOWED".

4. Third formal level THE THIRD LEVEL CONCURRED WITH THE FIRST AND SECOND LEVEL. SEE ATTACHED COMPLAINT FORM.

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (X) NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. N/A

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

JONAH GABRIEL GARNIER
2100 NAPA VALLEJO HWY. #Q1
NAPA, CA. 94558

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

MARIN COUNTY JAIL, MARIN COUNTY SHERIFFS DEPARTMENT

1) DONALD FISHER, MARIN COUNTY SHERIFF DEPUTY TRANSPORTATION OFFICER, MARIN COUNTY JAIL 13 PETER BEHR DRIVE, SAN RAFAEL, CALIFORNIA. 94903

2) HENRY MCKENZIE, MARIN COUNTY SHERIFF DEPUTY TRANSPORTATION OFFICER, MARIN COUNTY JAIL 13 PETER BEHR DRIVE, SAN RAFAEL, CALIFORNIA. 94903

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

ON 10-18-07 AT APPROXIMATELY 4PM I WAS INCARCERATED IN MARIN COUNTY JAIL ON "SUICIDE WATCH". SHERIFF'S DEPUTIES DONALD FISHER AND HENRY MCKENZIE TRANSPORTED ME FROM MY CELL, THROUGH THE BOOKING AREA AND INTO A CAR WHICH THEN DROVE ME TO THE MARIN GENERAL HOSPITAL EMERGENCY ROOM WHERE I WAS ADMITTED AND BRIEFLY EXAMINED. THROUGHOUT THE WHOLE DURATION, FROM LEAVING MY CELL TO BEING ESCORTED BY BOTH DEPUTIES THROUGH THE PUBLIC PARKING LOT AND CROWDED PUBLIC EMERGENCY ROOM, AS WELL AS DURING THE ADMITTANCE INTERVIEWS AND EXAMINATIONS I WAS WEARING ONLY A ONE PIECE "FERRGESON" SAFETY GARMENT. BOTH DEPUTIES TRANSPORTED ME AND WERE PRESENT WITH ME AT THE HOSPITAL AND DID NOT AT ANY TIME PROVIDE ME CLOTHING. THE SAFETY GARMENT PARTIALLY EXPOSED MY GENITALS WHEN SITTING, AND ONLY COVERED ONE THIRD OF MY BODY WHEN STANDING.

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

$250,000.00 FOR MENTAL/PSYCHOLOGICAL ANGUISH, A PRELIMINARY INJUNCTION FOR A TEMPORARY RESTRAINING ORDER ON THE MARIN COUNTY JAIL AND SHERIFF'S DEPARTMENT.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 2ND day of JUNE, 2008

J. Garnier

(Plaintiff's signature)

Δ AT NAPA STATE HOSPITAL.

# MARIN COUNTY SHERIFF'S OFFICE
## CUSTODY DIVISION
## INMATE GRIEVANCE FORM

THIS INMATE GRIEVANCE WILL BE INVESTIGATED PURSUANT TO THE REQUIREMENTS OF TITLE 15, SECTION 1073.

INMATE'S NAME GARNIER, JONAH JID# 179691 HOUSING SH-25

DETAILS OF GRIEVANCE (DO NOT WRITE ON BACKSIDE) ON 10-18-07 AT APPROX. 4PM OFFICERS McKENZIE AND FISCHER TRANSPORTED ME FROM MY CELL (SH-4) TO MARIN GENERAL HOSPITAL EMERGENCY ROOM. I WAS ON "SUICIDE WATCH" AT THAT TIME. HOWEVER, I WAS TAKEN FROM MY CELL, DRIVEN TO M.G.H, AND ADMITTED FOR EXAMINATION ALL WHILE WEARING ONLY THE "FERRGESON GARMENT" (SUICIDE SMOCK). I WAS FORCED TO BE IN PUBLIC AND TO SPEAK TO NURSES AND MEDICAL STAFF (OF THE OPPOSITE SEX) WITHOUT SO MUCH AS A PAIR OF SOCKS, T-SHIRT, OR UNDERWEAR! I AM NOW TRAUMATIZED BY ANXIETY AND NIGHTMARES. THIS WAS A CLEAR VIOLATION OF MY 8TH AMENDMENT CONSTITUTIONAL RIGHTS.

*****DO NOT WRITE BELOW THIS LINE*****

RECEIVED FROM INMATE: DAY RECEIVED DATE VIA TIME MAIL DEPUTY FROM GARNIER BADGE# X456 TEAM

LEVEL I

MR GARNIER. YOU WERE PLACED ON "SUICIDE WATCH" 10/15/07 DUE TO YOUR STATEMENTS THAT YOU WERE PLANNING TO HARM YOURSELF. YOU WERE TRANSPORTED TO MARIN GENERAL 10/18/07 AFTER REFUSING TO EAT OR DRINK FOR 2 DAYS. PER OUR POLICY INMATES WHO MAKE SUICIDAL STATEMENTS ARE CLOSELY MONITORED BUT ARE ALLOWED TO RETAIN SUFFICIENT CLOTHING OR BE PROVIDED SUITABLY DESIGNED "SAFETY GARMENT" THAT BOTH ENSURES SECURITY AND PERSONAL PRIVACY. YOU REMAIN IN THIS TYPE OF GARMENT UNTIL DISCONTINUATION OF THE SUICIDE WATCH.

INVESTIGATED BY:
NAME D FISHER BADGE# 1530 TEAM TRANS DATE 4/25/08

LEVEL II

I CONCUR WITH THE LEVEL I RESPONSE. ALL MCJ POLICIES WERE FOLLOWED WHEN DEALING WITH AN INMATE ON "SUICIDE WATCH"

REQUIRES RESPONSE: ☐ CLASSIFICATION ☐ MEDICAL ☐ FOOD SERVICES ☐ OTHER:

SUPERVISOR REVIEW:
NAME [signature] X456 BADGE# X456 TEAM TRAN. DATE 4/28/08

LEVEL III

FINAL DISPOSITION:

CONCUR

OPERATIONS LEUTENANT: [signature] DATE 4-28-08

DISTRIBUTION:
WHITE – ADMIN CANARY – PRISONER (FINAL DISPOSITION) PINK – PRISONER (INITIAL RECEIPT)

JONAH G. GARNIER
2100 NAPA VALLEJO HWY. #Q1
NAPA, CA. 94558-6293

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
$ 01.17⁰
0004219468
JUN 05 2008
MAILED FROM ZIP CODE 94558

RECEIVED
9 2008

prose

CLERK OF THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE, BOX 36060
SAN FRANCISCO, CA. 94102