E-filing

FILED
JUN 09 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____ )
                                 )
                                 )   CASE NO. CV 08    2881
          Plaintiff,             )
                                 )
   vs.                           )   PRISONER'S
                                 )   APPLICATION TO PROCEED   (PR)
                                 )   IN FORMA PAUPERIS
                                 )
          Defendant.             )
_____ )

I, _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes \_\_\_\_ No \_\_\_\_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.     Business, Profession or                Yes ____ No ____
10             self employment
11      b.     Income from stocks, bonds,             Yes ____ No ____
12             or royalties?
13      c.     Rent payments?                         Yes ____ No ____
14      d.     Pensions, annuities, or                Yes ____ No ____
15             life insurance payments?
16      e.     Federal or State welfare payments,     Yes ____ No ____
17             Social Security or other govern-
18             ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.     Are you married?                            Yes ____ No ____
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.     a.    List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 2 -

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.  Do you own or are you buying a home?    Yes ____ No ____

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.  Do you own an automobile?    Yes ____ No ____

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.  Do you have a bank account? Yes ____ No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No ____ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ____ No ____

_____

8.  What are your monthly expenses?

Rent: $ _____  Utilities: _____

Food: $ _____  Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do **not** include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No ____
Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____                        _____

DATE                                       SIGNATURE OF APPLICANT

1
2                                            Case Number: _____
3
4
5
6
7
8                        **CERTIFICATE OF FUNDS**
9                                   **IN**
10                         **PRISONER'S ACCOUNT**
11

12   I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of __JONAH G. GARNIER__ for the last six months
                                         [prisoner name]
14   __NAPA STATE HOSPITAL__ where (s)he is confined.
       [name of institution]
15   I further certify that the average deposits each month to this prisoner's account for the
16   most recent 3-month period were $ __110.18__ and the average balance in the prisoner's
17   account each month for the most recent 3-month period was $ __36.73__.
18
19   Dated: __6/3/08__                         __Brenda J. Pierce__ PSW
20                                                [Authorized officer of the institution]
21
22
23
24
25
26
27
28

> **CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS CODE SECTIONS 5328 & 4514. INFORMATION SUBJECT TO RELEASE IN ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).**

5/15/2008  
10:32:06AM

NAPA STATE HOSPITAL  
TRUST ACCOUNT / CASHIERS' SYSTEM II  
Patient Ledger Report

Page 1 of 1

2075026    GARNIER, JONAH

|   | TransDate | Doc No. | Item | Comment | Withdrawl | Deposit | Balance |
|---|---|---|---|---|---|---|---|
| 1 | 04/07/2008 | 16-75803 | CK-MARIN CO SHERIFF'S INMATE TRST FUND ADMISSIONS | CK-MARIN CO SHERIFF'S INMATE TR FUND/ADMISSIONS |  | $110.18 | $110.18 |
| 2 | 04/10/2008 | 13-155619 | Cash Disbursement | cl v780 | $40.00 |  | $70.18 |
| 3 | 04/21/2008 | 16-75861 | ANDRESSA GARCIA 15 CHULA LN SF, CA 94114 | CA-A. GARCIA |  | $25.00 | $95.18 |
| 4 | 04/24/2008 | 13-155731 | Cash Disbursement | Cashlist V-821 | $40.00 |  | $55.18 |
| 5 | 05/01/2008 | 13-155781 | Cash Disbursement | Cashlist V-843 | $40.00 |  | $15.18 |
| 6 | 05/05/2008 | 16-75895 | A. GARCIA 75 CHULA LN SF, CA 94114 | CA-A. GARCIA |  | $80.00 | $95.18 |
| 7 | 05/08/2008 | 13-155826 | Cash Disbursement | Cashlist V-862 | $20.00 |  | $75.18 |

TOTAL WITHDRAWLS / DEPOSITS:                    $140.00    $215.18