To whom it may concern, C08-2881 CW                      6-17-08

My name is Jonah Gabriel Garnier. I filed a U.S.C §1983 approximately 2 weeks ago. I sent the completed complaint form to you but absentmindedly sent an incomplete in forma pauperis application.

I have still not received a response or return mail from you. Did you in fact receive my complaint? If not, please resend me a U.S.C. §1983 form as well as an in forma pauperis application. Please also include a copy of the court/filing rules if necessary.

Thank you for your time and anticipated response.

Respectfully,

Jonah G. Garnier

**RECEIVED**

JUN 19 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JONAH G. GARNIER
200 NAPA VALLEJO HWY. #Q1
NAPA, CA. 94558

CLERK OF THE UNITED STATES DISTRICT COURT
OF NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE, BOX 36060
SAN FRANCISCO, CA. 94102

9410243661 C004