FILED
08 JUN 25 PM 1:51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 2881

JONAH GABRIEL GARNIER Plaintiff,

vs.

MARIN COUNTY SHERIFF
MARIN COUNTY JAIL
DONALD FISHER
HENRY MCKENZIE         Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, JONAH GABRIEL GARNIER declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 1 -

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

10-98, UNION LOCAL 510 (SAN FRANCISCO), $15.00 per hour.

_____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

| | | | |
|---|---|---|---|
| a. | Business, Profession or self employment | Yes ___ | No ✓ |
| b. | Income from stocks, bonds, or royalties? | Yes ___ | No ✓ |
| c. | Rent payments? | Yes ___ | No ✓ |
| d. | Pensions, annuities, or life insurance payments? | Yes ___ | No ✓ |
| e. | Federal or State welfare payments, Social Security or other government source? | Yes ___ | No ✓ |

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?    Yes ___ No ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4. a. List amount you contribute to your spouse's support:$ _____

    b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.    Do you own or are you buying a home?    Yes ____ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?    Yes ____ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ____ If so, Total due: $_____

Monthly Payment: $_____

7.    Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash? Yes ____ No ✓ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ____

_____

8.    What are your monthly expenses? N/A

Rent: $_____ Utilities: _____

Food: $_____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

NONE.

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6-20-08                          [signature]
DATE                             SIGNATURE OF APPLICANT

DEAREST CLERK,

I RECEIVED THE FORM DESIGNATING MY COMPLAINT FOR E-FILING. HOWEVER, i AM IN NAPA STATE HOSPITAL AND DO NOT HAVE COMPUTER ACCESS.

PLEASE REMOVE MY COMPLAINT FROM THE E-FILING DESIGNATION.

ENCLOSED ARE THE COMPLETED IN FORMA PAUPERIS FORMS. THANK YOU.

RESPECTFULLY,

Jonah G. Garnier



JONAH G. GARNIER
2100 NAPA VALLEJO HWY. #Q1
NAPA, CA. 94558

OAKLAND CA 946
23 JUN 2008 PM 3 L

BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC
POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES