TO WHOM IT MAY CONCERN,                                    7-2-08

    MY NAME IS JONAH G. GARNIER. I FILED A U.S.C. §1983 COMPLAINT RECENTLY. I AM WRITING TO INFORM YOU THAT I HAVE BEEN TRANSFERED. MY NEW ADDRESS IS BELOW. PLEASE LET THE RECORD REFLECT THAT.

    ALSO, WILL YOU PLEASE LET ME KNOW WHAT MY CASE NUMBER IS. ALL OF MY PROPERTY, INCLUDING ALL MY PAPERWORK IS BEING WITHHELD FROM ME HERE. I HAVE NOTHING.

C08-2881CW

RESPECTFULLY,
Jonah G. Garnier

JONAH G. GARNIER #179691
13 PETER BEHR DR.
SAN RAFAEL, CA.
94903

FILED JUL - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT. © USPS 20