

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FILED

2008 JUL 15  P

RICHARD W. W[...]
CLERK
[...]STRICT CO[...]
[...]ST. OF CA. S[...]

RETURNED TO SENDER

NIXIE        945    DC    1              00   07/13/08

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

DC: 95113300037        *2605  04301  13  22

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004327683    $ 00.420
JUL 02 2008
MAILED FROM ZIPCODE 95113

**UNITED STATES DISTRICT COURT**
Northern District of California
1301 Clay St., Suite 400S
Oakland, CA 94612-5212
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

July 2, 2008

**Jonah Gabriel Garnier**
179691
Napa State Hospital
2100 Napa Vallejo Hwy. #Q1
Napa, CA 94558

Dear Sir/Madam:

The court has received your letter of inquiry regarding the status of your case.

You will be notified as soon as the court issues an order. You must keep the court informed of any changes of address to ensure you receive court orders and avoid possible dismissal of your suit.

You must include the case name and complete case number on any document you submit to this court for consideration in your case.

A docket sheet for your case is attached, which indicates what action has been taken in the case to date. **The In Forma Pauperis Application you submitted is insufficient because you did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison and you did not submit a copy of your prisoner trust account statement showing transactions for the last six months.**

Sincerely,

Writ Clerk
enclosure

E-Filing, ProSe

# U.S. District Court
## California Northern District (Oakland)
### CIVIL DOCKET FOR CASE #: 4:08-cv-02881-CW
#### Internal Use Only

Garnier v. Fisher et al
Assigned to: Hon. Claudia Wilken
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 06/09/2008
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Jonah Gabriel Garnier**                    represented by    **Jonah Gabriel Garnier**
179691
Napa State Hospital
2100 Napa Vallejo Hwy. #Q1
Napa, CA 94558
PRO SE

V.

**Defendant**

**Donald Fisher**

**Defendant**

**Henry McKenzie**

**Defendant**

**Marin County Jail**

**Defendant**

**Marin County Sheriff Department**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/30/2008 | | (Court only) ***Motions terminated: 2 MOTION for Leave to Proceed in forma pauperis filed by Jonah Gabriel Garnier. (cp, COURT STAFF) (Filed on 6/30/2008) (Entered: 06/30/2008) |
| 06/25/2008 | 5 | MOTION for Leave to Proceed in forma pauperis filed by Jonah Gabriel Garnier. (Attachments: # 1 Envelope)(cjl, COURT STAFF) (Filed on 6/25/2008) (Entered: 06/27/2008) |
| | | |

| 06/19/2008 | 4 | Letter from Jonah G. Garnier. (Attachments: # 1 envelope)(cp, COURT STAFF) (Filed on 6/19/2008) (Entered: 06/23/2008) |
|---|---|---|
| 06/09/2008 | | CASE DESIGNATED for Electronic Filing. (cp, COURT STAFF) (Filed on 6/9/2008) (Entered: 06/12/2008) |
| 06/09/2008 | 3 | CLERK'S NOTICE re insufficient In Forma Pauperis Application (cp, COURT STAFF) (Filed on 6/9/2008) (Entered: 06/12/2008) |
| 06/09/2008 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Jonah Gabriel Garnier. (cp, COURT STAFF) (Filed on 6/9/2008) (Entered: 06/12/2008) |
| 06/09/2008 | 1 | COMPLAINT (no process) against Donald Fisher, Henry McKenzie, Marin County Jail, Marin County Sheriff Department. Filed byJonah Gabriel Garnier. (Attachments: # 1 envelope)(cp, COURT STAFF) (Filed on 6/9/2008) (Entered: 06/12/2008) |