FILED
JUL 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

7-19-08

TO WHOM IT MAY CONCERN,

   I RECEIVED A DOCKET SHEET FROM YOUR OFFICE REGARDING MY SUIT (GARNIER V. FISHER # CV08-02881 CW) STATING THAT THE IN FORMA PAUPERIS APPLICATION I SUBMITTED WAS INSUFFICIENT.
   PLEASE SEND ME ANOTHER APPLICATION FOR IN FORMA PAUPERIS SO THAT I MAY PROPERLY COMPLETE IT AND PROCEED.
   THANK YOU FOR YOUR ASSISTANCE.

                                    RESPECTFULLY,

                                    Jonah G. Garnier

NC

JONAH G. GARNIER - 179691
13 PETER BEHR DR.
MARIN COUNTY JAIL
SAN RAFAEL, CA.
        94903

NORTH BAY CA 945

21 JUL 2008 PM 3 L

USA 42

MARIN COUNTY
THIS MAIL WAS SENT FROM AN INMATE AT
THE MARIN COUNTY JAIL 13 FICHE DR.
SAN RAFAEL CA 94903 THE CONTENTS
HAVE NOT BEEN INSPECTED. MAIL IS NOT
RESPONSIBLE FOR ITS CONTENTS

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400 S
OAKLAND, CA. 94612-5212

94612+5212

9|

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT.