To whom it may concern,

FILED
AUG 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

C-08-2881 CW

8-20-08

This is to inform you of my NEW ADDRESS. Also to inform you to please send a new letter to the TRUST OFFICE here so that they'll know to make the appropriate deductions from my account and forward them to your office (regarding my in forma pauperis status).

My new prison I.D. # & address are as follows:

JONAH G. GARNIER
#G29257
SAN QUENTIN STATE PRISON
SAN QUENTIN, CA.
94974

Thank you for noting this change.
Respectfully,

Jonah G. Garnier

JONAH G. GARNIER # G29257
SAN QUENTIN STATE PRISON
SAN QUENTIN, CA. 94974

9461235212 0037

OFFICE OF THE CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA. 94612-5212




MAILED FROM ZIP CODE 94964

