IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONAH GABRIEL GARNIER,<br><br>    Plaintiff,<br><br>  v.<br><br>DONALD FISHER, et al.,<br><br>    Defendants._____ / | No. C 08-02881 CW (PR)<br><br>ORDER VACATING HEARING |

Good cause appearing, the hearing noticed in this matter on Defendants' Motion for Summary Judgment for January 21, 2010 at 2:00 PM is hereby VACATED.

The motion will be decided without a hearing pursuant to the Court's Order of Service filed July 7, 2009.

IT IS SO ORDERED.

Dated: 1/5/10

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JONAH GABRIEL GARNIER,

    Plaintiff,

v.

DONALD FISHER et al,

    Defendant.

Case Number: CV08-02881 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 5, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonah Gabriel Garnier G 29257
Mule Creek State Prison
P.O. Box 409040
Ione, CA 95640

Dated: January 5, 2010

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk